UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-09481-AB-CTS Date: October 15, 2026

Title *Donald Carlos Seoane v. Donald Trump, et al.*

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Deyanira Vasquez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause Why This Court Should Not Recommend Dismissal**

On August 24, 2026, Plaintiff Donald Carlos Seoane, acting *pro se*, filed a Complaint against several defendants pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) On September 2, 2026, the Clerk's Office issued a Notice Re: Deficiencies in Filing of Prisoner Civil Rights Complaint, noting that Plaintiff neither paid the appropriate filing fee, nor submitted a request to proceed *in forma pauperis* (CV-60P form). (ECF No. 2.) Plaintiff was notified that, if he did not pay the filing fee or submit a CV-60P form within thirty days, his action could be dismissed. (*Id.*)

To date, Plaintiff has not paid the filing fee or submitted a CV-60P form. Plaintiff therefore is **ORDERED TO SHOW CAUSE**, **by no later than thirty (30) days from the date of this Order**, why the Court should not recommend that the case be dismissed for failure to pay the filing fee or submit a completed CV-60P form. If Plaintiff does either of those things on or before that date, this Order to Show Cause will be discharged, and no additional action needs to be taken.

**Plaintiff is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with court orders and for failure to pay the filing fee or submit an application to proceed *in forma pauperis.***

It is so ordered.

Attachment
Request to Proceed Without Prepayment of Filings Fees with Declaration in Support form (CV-60P)